# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00328-CV

**Edward Rudolph Turnbull, IV, Appellant**

**v.**

**Commission for Lawyer Discipline; Office of the Chief Disciplinary Counsel; Seana Willing; Timothy J. Baldwin; John S. Brannon; Daniela Grosz; Jenny Hodgkins; Amanda Kates; Daniel Martinez; Board of Directors of the State Bar of Texas; Benny Agosto, Jr.; Chad Baruch; Steve Benesh; Kade W. Browning; David N. Calvillo; Elizabeth Sandoval Cantu; Luis Cavazos; Jason Charbonnet; Craig Cherry; Jeff Chochran; Kelly-Ann F. Clarke; David C. Courreges; Thomas A. Crosley; Steve Fischer; Sylvia Borunda Firth; Lucy Forbes; Gregory M. Fuller; Laura Gibson; August W. Harris III; Britney E. Harrison; Noelle Hicks; Matthew J. Hill; Forrest L. Huddleston; Kristina N. Kastl; Lori M. Kern; Modinat Kotun; Bill Kroger; Hisham Masri; Dwight McDonald; Rudolph K. Metayer; Carra Miller; Lawrence Morales II; Lydia Elizondo Mount; Kimberly N. Naylor; Rosalind V.O. Perez; Christopher D. Pineda; Chris Popov; Laura Pratt; Shannon Quadros; Jeanine Novosad Rispoli; Michael J. Ritter; Audie Sciumbato; Mary L. Scott; John Sloan; D. Todd Smith; G. David Smith; Paul K. Stafford; Alex J. Stelly, Jr.; Nitin Sud; Carlo Taboada; Radha Thiagarajan; Cindy V. Tisdale; Robert L. Tobey; Dr. Martin A. Tobey; Aaron Z. Tobin; Andrew Tochin; G. Michael Vasquez; Stephen J. Venzor; Kimberly Pack Wilson; Kennon Lily Wooten; and Michael J. Wynne, Appellees**

---

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-002025, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justice Kelly and Ellis

Dismissed on Appellant's Motion

Filed:   August 22, 2025